**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARY CECIL, | No. 16-55004 |
| Plaintiff-Appellant, | D.C. No. 3:15-cv-02137-GPC-NLS |
| v. | |
| DANIEL PARAMO, Warden; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Gonzalo P. Curiel, District Judge, Presiding

Submitted December 14, 2016[**]

Before:    WALLACE, LEAVY, and FISHER, Circuit Judges.

Gary Cecil, a California state prisoner, appeals pro se from the district

court's order dismissing his 42 U.S.C. § 1983 action alleging due process and

access-to-court claims.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

In his opening brief, Cecil failed to address any of the grounds for dismissal,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and has therefore waived his appeal of the district court's order. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argument in pro se appellant's opening brief are waived).

**AFFIRMED.**